19750.   GARNTO *v.* THE STATE.

LUKE, J.   Garnto was convicted of violating the "labor-contract law." He assigns error upon the overruling of his motion for a new trial. Upon the authority of *Johnson* v. *State,* 18 *Ga. App.* 701-2 (90 S. E. 355), and *King* v. *State,* 36 *Ga. App.* 272 (136 S. E. 466), the evidence adduced upon the trial of this case was insufficient to support the verdict of guilty.   The court erred in overruling the motion for a new trial.
   *Judgment reversed.   Broyles, C. J., and Bloodworth, J., concur.*
DECIDED JULY 9, 1929.

*J. A. Merritt,* for plaintiff in error.
*Fred Kea, solicitor-general,* contra.